566

No. 82. PITTSBURGH FORGING CO. ET AL. *v.* AMERICAN FOUNDRY EQUIPMENT Co. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas G. Haight* and *William F. Hall* for petitioners. *Messrs. George Wharton Pepper, Drury W. Cooper,* and *Albert M. Austin* for respondent.

No. 83. ORTIZ OIL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorári to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry C. Weeks* for petitioner. *Assistant Solicitor General Bell* and *Messrs. Sewall Key, Joseph M. Jones,* and *Robert K. McConnaughey* for respondent.

No. 84. PITCAIRN ET AL., RECEIVERS, *v.* AMERICAN REFRIGERATOR TRANSIT Co. ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Homer Hall* and *Frank C. Nicodemus, Jr.* for petitioners. *Messrs. J. A. C. Kennedy* and *Thomas T. Railey* for respondents.

No. 85. SHAPIRO ET AL. *v.* EVENING TIMES PRINTING & PUBLISHING Co. October 9, 1939. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Carol King* and *Mr. Abraham J. Isserman* for petitioners. *Mr. Louis Adler* for respondent.

No. 90. PHOENIX BLUE DIAMOND EXPRESS *v.* MENDEZ ET AL. October 9, 1939. Petition for writ of certi-